PAPERS IN FILE

[None]

## NEHEMIAH ARNOLD
v.
## JOSEPH HOUSE

1808

JOURNAL ENTRIES

1. Discontinuance . . . . . . . . . . *Journal, infra,* \*p. 130

PAPERS IN FILE

1. Capias and return . . . . . . . . . . . . . .

## BENJAMIN HUNTINGTON
v.
## JAMES HENRY

1808

JOURNAL ENTRIES

1. Declaration filed; rule to plead . . . . . *Journal, infra,* \*p. 130
2. Judgment . . . . . . . . . . . . . " 159
3. Rule to return execution . . . . . . . . . " 361

PAPERS IN S. C. FILE

1. Writ of habeas corpus . . . . . . . . . . .
2. Writ of habeas corpus and return . . . . . . . .